808 A.2d 850

IN THE MATTER OF DANIEL E. BERGER,
AN ATTORNEY AT LAW.

November 1, 2002.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **DANIEL E. BERGER** of **TOMS RIVER,** who was admitted to the bar of this State in 1984, and who was

suspended from the practice of law for a period of three months effective July 29, 2002, by Order of this Court filed May 29, 2002, be restored to the practice of law, effective immediately.